UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


**LISA BALLINGER,**                                   CASE NO.   **3:12-cv-30**

   Plaintiff,                                   **Judge Timothy S. Black**

**-vs-**

**COMMISSIONER OF SOCIAL
SECURITY,**

  Defendant.

_____
**JUDGMENT IN A CIVIL CASE**
_____

[ ]     **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]     **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's non-disability finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE** and **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: November 29, 2012                                   **JOHN P. HEHMAN, CLERK**

                                                         By: *s/ M. Rogers*
                                                         Deputy Clerk